George J. Wall, OSB No. 934515,
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028
    Of Attorneys for Plaintiff, Fred Osborn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Fred Osborn, | Case No.: 3:10-CV-00981-JE |
|    Plaintiff, | |
| v. | STIPULATION AND ORDER AWARDING EAJA FEES |
| Michael J. Astrue Commissioner, Social Security Administration | |
|    Defendant. | |

    On February 22, 2012 the Court entered judgment remanding this case back to the Commissioner.  The parties named above through their respective attorneys hereby agree that attorney fees in the amount of $6,494.33 and costs in the amount of $350.00 as provided in the Equal Access to Justice Act (EAJA), 28 USC 2412(d), should be awarded to Plaintiff, Fred Osborn.

    Stipulated to April 9, 2012.

/s/ George J. Wall
George J. Wall, OSB No. 934515
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone:  (503)236-0068
Fax:  (503)236-0028
gwall@eastpdxlaw.com

/s/Leisa A. Wolf
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 5th Ave., Suite 2900 M/S 221A
Fax:  (206)615-3621
leisa.wolf@ssa.gov

Page 1 – PETITIONERS'S APPLICATION FOR FEES AND COSTS

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $6,494.33 and costs of $350.00 shall be awarded to Plaintiff, Fred Osborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.

Signed:  /s/ John Jelderks    Dated  4/11/2012
         Magistrate Judge, U.S. District Court
         District of Oregon

Order prepared by:

/s/ George J. Wall
George J. Wall, OSB #934515
Attorney for Plaintiff, Fred Osborn
1336 E. Burnside St., Suite 130
Portland OR 97214

Page 2 – PLAINTIFF'S APPLICATION FOR FEES AND COSTS